October 19, 2012

**VIA U.S. MAIL & E-MAIL**
lossconnect@thehartford.com
(800) 327-3636

HARTFORD CASUALTY INSURANCE COMPANY
Claims Manager
PO Box 2041
Aurora, Illinois 60507

    Re: *Morningware, Inc. v. Hearthware Home Products, Inc.*, United States District Court, Northern District of Illinois, Case No. 1:09-cv-04348
          Named Insured: IBC-Hearthware, Inc.
          Insurer: Hartford Casualty Insurance Company
          Policy: Commercial General Liability Policy 83 SBA PP3789, and all other previous policies

- **Notice of Suit**

Dear Claims Manager:

    I hereby provide notice of a suit filed against your insured, Hearthware Home Products, Inc. ("Hearthware"). Morningware, Inc. ("Morningware") has filed the above-referenced lawsuit ("Lawsuit") alleging that Hearthware has violated Morningware's rights, including: unfair competition under the Lanham Act, product disparagement under the Lanham Act, violation of the Illinois Deceptive Trade Practices Act, common law unfair competition, and commercial disparagement. A copy of the First Amended Complaint in the Lawsuit is enclosed herewith.

    This notice is intended to apply to and is provided under all insurance policies issued by Hartford Casualty Insurance Company (and its parents, subsidiaries, affiliates, predecessors or successors, collectively referred to as "Hartford") that may apply to and afford coverage to Hearthware for the claims alleged and described in the attached suit, without regard to whether such policies are expressly referenced in this letter.

    Please promptly acknowledge Hartford's duty to defend and, if the issue becomes relevant, indemnify Hearthware with regard to the Lawsuit and otherwise to honor all of its obligations owed to Hearthware under all referenced and potentially applicable Hartford policies. Note that cross-motions for summary judgment have been filed by the parties, and those motions have been denied in part and granted in part (court opinions enclosed). Hearthware continues to take all reasonable steps to preserve and assert its legal rights with regard to the Lawsuit.



Sincerely,

Joseph W. Vucko
Hearthware Counsel

Encl: First Amended Complaint (w/ exhibits)
*Morningware, Inc. v. Hearthware Home Prods., Inc.*, 2012 WL 3721350 (N.D. Ill. Aug. 27, 2012)
*Morningware, Inc. v. Hearthware Home Prods., Inc.*, 2012 WL 3835825 (N.D. Ill. Sept. 4, 2012)
*Morningware, Inc. v. Hearthware Home Prods., Inc.*, 2012 WL 4482670 (N.D. Ill. Sept. 26, 2012)